Randolph Gaw (S.B. #223718)
rgaw@gawpoe.com
Flora Vigo (S.B. #239643)
fvigo@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Plaintiffs and Counterclaim
Defendants Local Ventures & Investments, LLC,
Dustin Sinkey, Derek Waterman, and Chase Smith

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LOCAL VENTURES & INVESTMENTS, LLC, DUSTIN SINKEY, DEREK WATERMAN, and CHASE SMITH<br><br>Plaintiff,<br><br>v.<br><br>OPEN FOUNDATION d/b/a Open Platform, ANGUD "KEN" SANGHA, CLEAR TECHNOLOGIES SOFTWARE INC., and APPCLARITY INC.<br><br>Defendants.<br><br>OPEN FOUNDATION d/b/a Open Platform and ANGUD "KEN" SANGHA,<br>Counterclaimants,<br><br>v.<br><br>LOCAL VENTURES & INVESTMENTS, LLC, DUSTIN SINKEY, DEREK WATERMAN, and CHASE SMITH,<br><br>Counterclaim Defendants. | Case No. 3:18-CV-05581-EDL<br><br>~~[PROPOSED]~~ ORDER |

# ~~[PROPOSED]~~ ORDER

Plaintiffs and Counterclaim Defendants Local Ventures & Investments, LLC, Dustin Sinkey, Derek Waterman, and Chase Smith's (collectively, "Plaintiffs") have moved the Court to consider whether this action, *Local Ventures, et al. v. Open Foundation, et al.*, N.D. Cal. Case No. 3:18-CV-05581-EDL (the "California Action") should be ordered related to *Open Foundation v. Local Ventures, et al.*, N.D. Cal. Case No. 3:19-cv-00597-JCS (the "Florida Action").

Having considered plaintiffs' motion and the parties accompanying Stipulation, and all other matters properly considered by this Court, and good cause having been shown, the Court orders that the California Action and Florida Action are related under Local Civil Rule 3-12. The Florida Action shall be assigned to this Court and stayed pending resolution of the California Action.

IT IS SO ORDERED.

Dated: March 15, 2019

_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge